UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:23-cv-01966-ODW (PVCx) | Date | April 4, 2023 |
|---|---|---|---|
| Title | *Letricia Lavern Brown v. The State of California et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**                  **In Chambers**

On March 30, 2023, Plaintiff Letricia Lavern Brown filed a Motion for Default Judgment and Motion for Remand. (Mot., ECF No. 22.)

However, Plaintiff did not meet and confer with opposing counsel before filing the Motion. "[C]ounsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution." C.D. Cal. L.R. 7-3. "The Court may decline to consider a motion unless it meets the requirements of L.R. 7-3." C.D. Cal. L.R. 7-4.

In addition, Plaintiff set the Motion for a hearing less than twenty-eight (28) days from the date she filed the Motion, in violation of Local Rule 6-1. C.D. Cal. L.R. 6-1 ("The notice of motion shall be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing . . . .").

Accordingly, the Court **STRIKES** the Motion for these procedural reasons and **VACATES** the April 24, 2023 hearing. Plaintiff may file a renewed motion after satisfying the Local Rules.

Plaintiff is advised that the Federal Pro Se Clinic offers free information and guidance to individuals who are representing themselves in federal civil actions. The Los Angeles Clinic operates by appointment only. Appointments are available either by calling the Clinic or by

using an internet portal. The Clinic can be reached at (213) 385-2977, ext. 270 or through an internet request at the following site: http://prose.cacd.uscourts.gov/los-angeles. Clinic staff can respond to many questions with a telephonic appointment or through an email account. It may be more convenient to email questions or schedule a telephonic appointment. Staff can also schedule an in-person appointment at their location in the Roybal Federal Building and Courthouse, 255 East Temple Street, Suite 170, Los Angeles, California 90012. Plaintiff is encouraged to visit the Clinic or otherwise consult with an attorney prior to filing a renewed motion.

**IT IS SO ORDERED.**

                                                                                                :    00

Initials of Preparer    SE