Letricia Lavern Brown
1942 ½ W. Imperial Hwy.
LA, CA  90047
424-271-1691



FILED
2023 MAY 30  PM 3: 20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___EEE___

## United States District Court
## Central District of California

Case No. 23-cv-01966-ODW-PVC

**Letricia Lavern Brown**, on behalf of herself
And all other similarly situated, Pro Se
                Plaintiff

    v.

**The State of California**, et al,

            Defendants

Courtroom 590
Magistrate Judge Pedro V. Castillo

**Request for Entry of Clerk's Judgment against Terranea Resort**

I am requesting for Entry of Clerk's Judgment against Terranea Resort, Pursuant CCP 585(a), and Pursuant to Fed. R. Civ. P. 55 (a) and (b)(1).

Terranea Resort was served by personal service on 02-16-2023 at __11:17AM__ given to __Ikusei__, Resort Services Supervisor; see Exhibit 1 Proof of service with photographs.

    Documents served were; Summons, Complaint, Alternative Dispute Resolution (ADR) Package, Civil Case Cover Sheet, and Addendum and Statement of Location, and Notice of Case Assignment.

    The First Amended Complaint was initially served by mail on 03-27-2023; see docket Number 39, in accordance with Fed. R. Civ. P. Title III, Rule 5(b)(2)(C). Which states a paper is served under this Rule by "mailing it to the person's last known address-in which event service is complete upon mailing". The First Amended Complaint was filed after the original complaint, and service of such document is in accordance with Fed. R. Civ. P. Title III, Rule 5(a)(1)(B).

Terranea Resort is in Default of filing a Responsive Pleading within (21)-twenty-one days of being served, Pursuant to Federal Rules of Civil Procedure Title III, Rule 12(a)(1)(A)(i). Which reads "A defendant must serve an <u>answer</u>: within 21 days after being served with the summons and complaint." I the Plaintiff did not file a waiver "Waiving Service".

Well over (80)-eighty days and there is no Responsive Pleading. If the Party follows in suit of the other parties to file a Motion to Dismiss; this will not suffice Federal Rules of Civil Procedure; because, a Motion to Dismiss is not a type of Responsive Pleading; Pursuant to Fed. R. Civ. P. Title III, Rule 7(a), which states, "Only these pleadings are allowed:(1) a complaint;(2) an answer to a complaint;(3) an answer to counterclaim designated as a counterclaim;(4) an answer to a crossclaim;(5) a third-party complaint;(6) an answer to a third-party complaint; and (7) if the court orders one a reply to an answer." Again, a Motion to Dismiss is not a type of Responsive Pleading listed amongst these.

Pursuant to Fed. R. Civ. P. Title III, Rule 8(b)(1)(B)(6) when responding to a pleading in an "Answer" an **allegation is admitted** if a responsive pleading is required and the allegation is not denied.
**Furthermore, if a party is in default, no service is required on that party, but only a new pleading for new claim for relief.** (Fed. R. Civ. P. Title III, Rule 5(a)SERVICE:WHEN REQUIRED,(a)(2).

## Declaration under CCP 585.5

I request an entry of Clerk's Judgment for entry of Default under California Code of Civil Procedure 585(a) and Pursuant to Fed. R. Civ. P. 55 (a) and (b)(1).

This action IS on an obligation for goods, services, loans, or extensions of credit subject to CCP 395(b); is not on a contract or installment sale for goods or services subject to CCP 1801; is not on a conditional sales contract subject to CCP 2981.

Sincerely,

May 22, 2023

Letricia Lavern Brown

# EXHIBIT 1

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Letricia Lavern Brown <br> 1942 1/2 W Imperial Hwy <br> Los Angeles, California 90047 <br><br> TELEPHONE NO.: 424-271-1691   FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: letricialbrown@gmail.com <br> ATTORNEY FOR *(Name)*: Pro per | FOR COURT USE ONLY <br><br> CONFORMED COPY <br> ORIGINAL FILED <br> Superior Court of California <br> County of Los Angeles <br><br> FEB 21 2023 <br><br> David W. Slayton, Executive Officer/Clerk of Court |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles <br> STREET ADDRESS: 111 N Hill Street <br> MAILING ADDRESS: 111 N Hill Street <br> CITY AND ZIP CODE: Los Angeles, California 90012 <br> BRANCH NAME: Stanley Mosk Courthouse | |
| PLAINTIFF/PETITIONER: Letricia Lavern Brown <br> DEFENDANT/RESPONDENT: State of California, et al | CASE NUMBER: <br> 23STCV00605 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)* AND ADDENDUM AND STATEMENT OF LOCATION
   e. [ ] cross-complaint
   f. [x] other *(specify documents)*: Additional Parties Attachment Sum-200(A), Notice of Case Assignment, Civil Case Case Cove
3. a. Party served *(specify name of party as shown on documents served)*:
      Terranea Resort
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   100 Terranea Way, Rancho Palos Verdes, California 90275

5. I served the party *(check proper box)*
   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: 02-16-2023  (2) at *(time)*: 1117 AM
   b. [ ] **by substituted service.** On *(date)*:         at *(time)*:         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:         from *(city)*:         or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10

POS-010

| PLAINTIFF/PETITIONER: LETRICIA LAVERN BROWN | CASE NUMBER: |
| --- | --- |
| DEFENDANT/RESPONDENT: THE STATE OF CALIFORNIA, et al | 23STCV00605 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*           (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* TERRANEA RESORT-GIVEN TO IKUSEI
      under the following Code of Civil Procedure section:

      ☒ 416.10 (corporation)         ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation) ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                      ☐ other:

7. **Person who served papers**
   a. Name: Elouise Marie Brown
   b. Address: 1942 1/2 W Imperial Hwy, Los Angeles, California 90047
   c. Telephone number: 323-756-1259
   d. **The fee** for service was: $ 0
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner   ☐ employee   ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 02-16-2023

Elouise Marie Brown                                    ▶ *Elouise Brown*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)

POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [ Print this form ]  [ Save this form ]    [ Clear this form ]

PROOF OF SERVICE

**Letricia Lavern Brown**, on behalf of herself
And all other similarly situated, Pro Se
                Plaintiff
**The State of California**, et al,
                Defendants

**Courtroom 590**
Magistrate Judge Pedro V. Castillo

Case No. 23-cv-01966-ODW-PVC

1. I, Elouise Brown, do swear or declare that I have served by mail **Request for Entry Of Clerk's Judgment against Las Vegas Metropolitan Police Department, Exhibit 1 and 2**
2. **Request for Entry of Clerk's Judgment against Warner Brother Production Studios, and Exhibit 1**
3. **Request for Entry of Clerk's Judgment against Line Care Staffing, and Exhibit 1**
4. **Request for Entry of Clerk's Judgment against Weingart YMCA Wellness & Aquatic Center, and Exhibit 1**
5. **Request for Entry of Clerk's Judgment against Avana Rancho Palos Verdes, and Exhibit 1**
6. **Request for Entry of Clerk's Judgment against Terranea Resort, and Exhibit 1**
7. **Request for Entry of Clerk's Judgment against Marvel Studios, LLC, and Exhibit 1**

on each party to the above proceeding or that party's counsel, and on every other person required to be served, by depositing an envelope containing the above documents in the United States mail properly addressed to each of them.

The names and addresses of those served are as follows:

The State of California
Mark Ashley Brown
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, California 90013

Additional Parties Served Listed on Attachment 1a – I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2023, Signature _Elouise Brown_

## Attachment 1a - Additional Parties Served As Follows:

The United States of America
Solicitor General of the United States, Department of Justice
950 Pennsylvania Avenue N.W. Room 5616
Washington, D.C. 20530-0001

Collins Collins Muir + Stewart LLP
Tomas A. Guterras, ESQ
Rebecca J. Chumura, ESQ
790 E. Colorado Blvd.
Pasadena, California 91101

Carroll, Kelly, Trotter, Franzen, et al
Carley Marie Ryckman
For Party- Torrance Memorial Medical Center
P.O. Box 22636
Long Beach, CA 90801-5636

McCune & Harber, LLP
Stephen Harber
George Tourkow
For Party- Palos Verdes Peninsula Unified School District
515 S. Figueroa Street, Suite 1100
Los Angeles, California 90071

Juliet Daniels
15333 Daphne Avenue
Gardena, CA 90249

Latham and Watkins LLP
Attn: Keith L. Williams
For Party- Ivy Park LLC
10250 Constellation Blvd.', Suite 1100
LA, CA 90067

Alphonso Kimbell, Attorney At Law
For Party- City of Refuge Church
6560 S. Western Avenue
LA, CA 90047


Sievers Law Firm, P.C.
Robert P. Sievers

For Party- Cloud Escrow Inc
5842 E. Beverly Blvd.
Los Angeles, California 90022-2824

Cole/Huber LLP
For Riverside County Sheriff Department
Attn. Nicole R. Roggeveen
2855 E. Guasti Rd., Suite 402
Ontario, CA 91761

Lewis Brisbois Bisgaard and Smith LLP
Jessica S. Pliner
For South Central Los Angeles Regional Center
2185 N. California Blvd., Suite 300
Walnut Creek, CA 94596

Cummings, McClorey Davis Acho and Associates, P.C.
Attn. Sarah Overton
For Superior Court of California
3801 University Avenue, Suite 560
Riverside, CA 92501

Davita Dialysis Inglewood
125 E Arbor Vitae Street
Inglewood, California 90301

Steven Gumbus
6509 Rasberry Ridge Avenue, Apt 101
Las Vegas, Nevada 89108

Ebony Gumbus
2088 East Lakeshore Drive, Apt 421
Lake Elsinor, California 92530

Callahan Thompson Sherman and
Caudill LLP, Attn. Orley Brandt Caudill, Jr.
For Exodus Recovery Inc.
2601 Main Street, Suite 800
Irvine, CA 92614

Willie Smith
1783 E. Gladwick Street
Carson, California 90746


Angela Williams
1783 E. Gladwick Street

Carson, California 90746

Juliet Daniels
Address: 15333 Daphne Avenue
Gardena, California 90249
310-327-7798
Mailing Address: PO Box 513745
Los Angeles, California 90051

La Casa
Address: 15333 Daphne Avenue
Gardena, California 90249
310-327-7798
Mailing Address: PO Box 513745
Los Angeles, California 90051

Terranea Resort
Address: 100 Terranea Way
Rancho Palos Verdes, California 90275

Avana Rancho Palos Verdes
Address: 6600 Beachview Dr.
Rancho Palos Verdes, California 90275

Weingart YMCA Wellness & Aquatic Center
Address: 9900 S. Vermont Avenue
Los Angeles, California 90044

Roscoes Chicken N' Waffles
Address: 1514 N. Gower Street
Los Angeles, CA 90028

CMB Auto Sales and Service
Address: 1311 W. Florence Avenue
Los Angeles, California 90047

Shiloh Monitoring Services
Address: 4974 E. Sahara Street Suite A
Las Vegas, Nevada 89104

Marvel Studios, LLC
Address: 500 S. Buena Vista Street
Burbank, California 91521


United States Department of Justice
Address Los Angeles Office: 606 S. Olive Street, 15th Floor

Los Angeles, California 90014


Central Intelligence Agency
Address: 1000 Colonial Farm Rd.
McLean, VA 22101

InvestNotic, LLC
Address: 123 East 9th Street, Suite 300
Rancho Cucamonga, California 91730

The House Team, Incorporation
Address: 907 Westwood Blvd., Suite 173
Los Angeles, California 90024

Bailey Care Home
Address: 9811 S. Denker Avenue
Los Angeles, California 90047
Telephone Number: 323-754-7874

Shih Kao
Address: 30350 Camino Porvenir
Rancho Palos Verdes, California 90275

Line Care Staffing
Address: 15342 Hawthorne Blvd., Suite 301
Lawndale, California 90260

Learning Ville Childcare
Address: 1554 W. 110th Place
Los Angeles, California 90047

Tanya
Address: 2132 W. 82nd Street
Los Angeles, California

Warner Brother Production Studios
Address: 4000 Warner Blvd.
Burbank, California 91505

Steven D. Kramer, Attorney At Law
16133 Ventura Blvd., Suite 680
Encino, California 91436