FILED

Letricia Lavern Brown
1942 ½ W. Imperial Hwy.
LA, CA 90047
424-271-1691

2023 MAY 30  PM 3: 20

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___EEE

# United States District Court
# Central District of California

Case No. 23-cv-01966-ODW-PVC

**Letricia Lavern Brown**, on behalf of herself                  Courtroom 590
And all other similarly situated, Pro Se        Magistrate Judge Pedro V. Castillo
                              Plaintiff

      v.

**The State of California**, et al,

                Defendants

> **Request for Entry of Clerk's
> Judgment against Warner Brother
> Production Studios**

I am requesting for Entry of Clerk's Judgment against Warner Brother Production
Studios, Pursuant CCP 585(a), and Pursuant to Fed. R. Civ. P. 55 (a) and (b)(1).

Warner Brother Production Studios was served by personal service on 03-06-2023 at
10:13 AM given to male Security Supervisor; badge number 82 see Exhibit 1 Proof
of service with photographs.


      Documents served were; Summons, Complaint, Alternative Dispute
Resolution (ADR) Package, Civil Case Cover Sheet, and Addendum and Statement
of Location, and Notice of Case Assignment.

      The First Amended Complaint was initially served by mail on 03-27-2023; see
docket Number 39, in accordance with Fed. R. Civ. P. Title III, Rule 5(b)(2)(C).
Which states a paper is served under this Rule by "mailing it to the person's last
known address-in which event service is complete upon mailing". The First
Amended Complaint was filed after the original complaint, and service of such
document is in accordance with Fed. R. Civ. P. Title III, Rule 5(a)(1)(B).

Warner Brother Production Studios is in Default of filing a Responsive Pleading
within (21)-twenty-one days of being served, Pursuant to Federal Rules of Civil
Procedure Title III, Rule 12(a)(1)(A)(i).  Which reads "A defendant must serve an
answer: within 21 days after being served with the summons and complaint."  I the
Plaintiff did not file a waiver "Waiving Service".

Well over (80)-eighty days and there is no Responsive Pleading.  If the Party
follows in suit of the other parties to file a Motion to Dismiss; this will not suffice
Federal Rules of Civil Procedure; because, a Motion to Dismiss is not a type of
Responsive Pleading; Pursuant to Fed. R. Civ. P. Title III, Rule 7(a), which states,
"Only these pleadings are allowed:(1) a complaint;(2) an answer to a complaint;(3)
an answer to counterclaim designated as a counterclaim;(4) an answer to a
crossclaim;(5) a third-party complaint;(6) an answer to a third-party complaint; and
(7) if the court orders one a reply to an answer." Again, a Motion to Dismiss is not a
type of Responsive Pleading listed amongst these.

Pursuant to Fed. R. Civ. P. Title III, Rule 8(b)(1)(B)(6) when responding to a
pleading in an "Answer" an **allegation is admitted** if a responsive pleading is
required and the allegation is not denied.
   **Furthermore, if a party is in default, no service is required on that
party, but only a new pleading for new claim for relief.** (Fed. R. Civ. P. Title
III, Rule 5(a)SERVICE:WHEN REQUIRED,(a)(2).

## Declaration under CCP 585.5

I request an entry of Clerk's Judgment for entry of Default under California Code of
Civil Procedure 585(a) and Pursuant to Fed. R. Civ. P. 55 (a) and (b)(1).

This action IS on an obligation for goods, services, loans, or extensions of credit
subject to CCP 395(b); is not on a contract or installment sale for goods or services
subject to CCP 1801; is not on a conditional sales contract subject to CCP 2981.


Sincerely,

May 22, 2023

Letricia Lavern Brown

# EXHIBIT 1

Lavern Lavern Brown

1942 ½ W. Imperial Hwy.

LA, CA 90047

424-271-1691

FILED

2023 APR 17 PM 3: 55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

## PROOF OF SERVICE

Case No. 23-cv-01966-ODW-PVCx

# United States District Court
# Central District of California

**Letricia Lavern Brown**, on behalf of herself
And all other similarly situated, Pro Se

Petitioner

v.

**The State of California**, et al,

Respondents

I, Elouise Brown, do swear or declare that I have served SUMMONS,
COMPLAINT, ALTERNATIVE DISPUTE RESOLUTION (ADR)
PACKAGE, CIVIL CASE COVER SHEET, AND ADDENDUM AND
STATEMENT OF LOCATION, AND NOTICE OF CASE ASSIGNMENT,
by Personal Service on date 03-06-2023 at 10:13 AM to Party Served
Warner Brother Production Studios-Given to male Security Officer-
Badge number 82

Address: 4000 Warner Blvd., Burbank, CA 91505

I declare under penalty of perjury that the foregoing is true and correct.

My address: 1942 ½ W. Imperial Hwy.

LA, CA 90047

Telephone Number 323-756-1259

Executed on 03-28-2023,  Signature _Elouise Brown_

PICTURE OF MALE SECURITY OFFICER  SERVED WITH WARNER BROTHER PRODUCTION STUDIOS



PROOF OF SERVICE

**Letricia Lavern Brown**, on behalf of herself
And all other similarly situated, Pro Se
Plaintiff
**The State of California**, et al,

Defendants

**Courtroom 590**
Magistrate Judge Pedro V. Castillo

Case No. 23-cv-01966-ODW-PVC

1. I, Elouise Brown, do swear or declare that I have served by mail **Request for Entry Of Clerk's Judgment against Las Vegas Metropolitan Police Department, Exhibit 1 and 2**
2. **Request for Entry of Clerk's Judgment against Warner Brother Production Studios, and Exhibit 1**
3. **Request for Entry of Clerk's Judgment against Line Care Staffing, and Exhibit 1**
4. **Request for Entry of Clerk's Judgment against Weingart YMCA Wellness & Aquatic Center, and Exhibit 1**
5. **Request for Entry of Clerk's Judgment against Avana Rancho Palos Verdes, and Exhibit 1**
6. **Request for Entry of Clerk's Judgment against Terranea Resort, and Exhibit 1**
7. **Request for Entry of Clerk's Judgment against Marvel Studios, LLC, and Exhibit 1**

on each party to the above proceeding or that party's counsel, and on every other person required to be served, by depositing an envelope containing the above documents in the United States mail properly addressed to each of them.

The names and addresses of those served are as follows:

The State of California
Mark Ashley Brown
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, California 90013

Additional Parties Served Listed on Attachment 1a –I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2023, Signature _Elouise Brown_

Attachment 1a - Additional Parties Served As Follows:

The United States of America
Solicitor General of the United States, Department of Justice
950 Pennsylvania Avenue N.W. Room 5616
Washington, D.C. 20530-0001

Collins Collins Muir + Stewart LLP
Tomas A. Guterras, ESQ
Rebecca J. Chumura, ESQ
790 E. Colorado Blvd.
Pasadena, California 91101

Carroll, Kelly, Trotter, Franzen, et al
Carley Marie Ryckman
For Party- Torrance Memorial Medical Center
P.O. Box 22636
Long Beach, CA 90801-5636

McCune & Harber, LLP
Stephen Harber
George Tourkow
For Party- Palos Verdes Peninsula Unified School District
515 S. Figueroa Street, Suite 1100
Los Angeles, California 90071

Juliet Daniels
15333 Daphne Avenue
Gardena, CA 90249

Latham and Watkins LLP
Attn: Keith L. Williams
For Party- Ivy Park LLC
10250 Constellation Blvd.', Suite 1100
LA, CA 90067

Alphonso Kimbell, Attorney At Law
For Party- City of Refuge Church
6560 S. Western Avenue
LA, CA 90047

Sievers Law Firm, P.C.
Robert P. Sievers

For Party- Cloud Escrow Inc
5842 E. Beverly Blvd.
Los Angeles, California 90022-2824

Cole/Huber LLP
For Riverside County Sheriff Department
Attn. Nicole R. Roggeveen
2855 E. Guasti Rd., Suite 402
Ontario, CA 91761

Lewis Brisbois Bisgaard and Smith LLP
Jessica S. Pliner
For South Central Los Angeles Regional Center
2185 N. California Blvd., Suite 300
Walnut Creek, CA 94596

Cummings, McClorey Davis Acho and Associates, P.C.
Attn. Sarah Overton
For Superior Court of California
3801 University Avenue, Suite 560
Riverside, CA 92501

Davita Dialysis Inglewood
125 E Arbor Vitae Street
Inglewood, California 90301

Steven Gumbus
6509 Rasberry Ridge Avenue, Apt 101
Las Vegas, Nevada 89108

Ebony Gumbus
2088 East Lakeshore Drive, Apt 421
Lake Elsinor, California 92530

Callahan Thompson Sherman and
Caudill LLP, Attn. Orley Brandt Caudill, Jr.
For Exodus Recovery Inc.
2601 Main Street, Suite 800
Irvine, CA 92614

Willie Smith
1783 E. Gladwick Street
Carson, California 90746

Angela Williams
1783 E. Gladwick Street

Carson, California 90746

Juliet Daniels
Address: 15333 Daphne Avenue
Gardena, California 90249
310-327-7798
Mailing Address: PO Box 513745
Los Angeles, California 90051

La Casa
Address: 15333 Daphne Avenue
Gardena, California 90249
310-327-7798
Mailing Address: PO Box 513745
Los Angeles, California 90051

Terranea Resort
Address: 100 Terranea Way
Rancho Palos Verdes, California 90275

Avana Rancho Palos Verdes
Address: 6600 Beachview Dr.
Rancho Palos Verdes, California 90275

Weingart YMCA Wellness & Aquatic Center
Address: 9900 S. Vermont Avenue
Los Angeles, California 90044

Roscoes Chicken N' Waffles
Address: 1514 N. Gower Street
Los Angeles, CA 90028

CMB Auto Sales and Service
Address: 1311 W. Florence Avenue
Los Angeles, California 90047

Shiloh Monitoring Services
Address: 4974 E. Sahara Street Suite A
Las Vegas, Nevada 89104

Marvel Studios, LLC
Address: 500 S. Buena Vista Street
Burbank, California 91521


United States Department of Justice
Address Los Angeles Office: 606 S. Olive Street, 15th Floor

Los Angeles, California 90014


Central Intelligence Agency
Address: 1000 Colonial Farm Rd.
McLean, VA 22101

InvestNotic, LLC
Address: 123 East 9th Street, Suite 300
Rancho Cucamonga, California 91730

The House Team, Incorporation
Address: 907 Westwood Blvd., Suite 173
Los Angeles, California 90024

Bailey Care Home
Address: 9811 S. Denker Avenue
Los Angeles, California 90047
Telephone Number: 323-754-7874

Shih Kao
Address: 30350 Camino Porvenir
Rancho Palos Verdes, California 90275

Line Care Staffing
Address: 15342 Hawthorne Blvd., Suite 301
Lawndale, California 90260

Learning Ville Childcare
Address: 1554 W. 110th Place
Los Angeles, California 90047

Tanya
Address: 2132 W. 82nd Street
Los Angeles, California

Warner Brother Production Studios
Address: 4000 Warner Blvd.
Burbank, California 91505

Steven D. Kramer, Attorney At Law
16133 Ventura Blvd., Suite 680
Encino, California 91436