1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LETRICIA LAVERN BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>  Defendants. | Case No. CV 23-1966- ODW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the motions to dismiss the First Amended Complaint filed by the following Defendants are GRANTED and that this action shall be dismissed with prejudice under Federal Rule of Civil Procedure 8(a) as to each of them:

(1) State of California (Dkt. No. 77);

(2) Superior Court of California, County of Los Angeles (Dkt. No. 50);

|   |      |                                                                                          |
|---|------|------------------------------------------------------------------------------------------|
| 1 | (3)  | County of Los Angeles, Collins + Collins LLP, and Rebecca J. Chmura (Dkt. No. 146);      |
| 3 | (4)  | County of Riverside (Dkt. No. 73);                                                       |
| 4 | (5)  | Palos Verdes Peninsula Unified School District (Dkt. No. 81);                            |
| 5 | (6)  | South Central Los Angeles Regional Center for Developmentally Disabled Persons, Inc. (Dkt. No. 89); |
| 7 | (7)  | Las Vegas Metropolitan Police Department (Dkt. No. 251);                                 |
| 8 | (8)  | Torrance Memorial Medical Center (Dkt. No. 90);                                          |
| 9 | (9)  | Exodus Recovery, Inc. (Dkt. No. 150); and                                                |
| 10| (10) | Ivy Park, LLC (Dkt. No. 42).                                                             |

IT IS FURTHER ORDERED that this action be dismissed without prejudice, but without leave to amend, under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction as to all other Defendants named in this action.  All pending motions not specifically addressed in the Magistrate Judge's Report and Recommendation are DENIED as moot.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at her current address of record and on counsel for Defendants who have appeared.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 12, 2023

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE