JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETRICIA LAVERN BROWN,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. CV 23-1966 ODW (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice under Federal Rule of Civil Procedure 8(a) as to the following Defendants: the State of California; Superior Court of California, County of Los Angeles; County of Los Angeles, Collins + Collins LLP, and Rebecca J. Chmura; County of Riverside; Palos Verdes Peninsula Unified School District; South Central Los Angeles Regional Center for Developmentally Disabled Persons, Inc.; Las Vegas Metropolitan Police Department; Torrance Memorial Medical Center; Exodus Recovery, Inc.; and Ivy Park, LLC.

IT IS FURTHER ADJUDGED that this action is dismissed without prejudice, but

1  without leave to amend, under Federal Rule of Civil Procedure 12(b)(1) for lack of subject
2  matter jurisdiction as to all other Defendants named in this action. All pending motions
3  not specifically addressed in the Magistrate Judge's Report and Recommendation are
4  DENIED as moot.

6  DATED: September 12, 2023

        _____
        OTIS D. WRIGHT, II
        UNITED STATES DISTRICT JUDGE

2